IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICKY BANKS,
        Plaintiff,
    v.                               **Judgment in a Civil Case**
ERIK A. HOOKS, DR. LIMDSEY E.
DEGUEHERY, HEAD NURSE ROBERT
JONES, TODD E. ISHEE, OFFICER
SWINSON,
        Defendants.                  Case Number: 5:20-CT-3180-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This Judgment Filed and Entered on November 23, 2022, with service on:
Ricky Banks (via U.S. Mail)
Open Door Ministries
400 N. Centennial St.
High Point, NC 27261

November 23, 2022                                    Peter A. Moore, Jr.
                                                    Clerk of Court

                                               By: *[signature]*
                                                  Deputy Clerk